IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRUNO HANNEY; and PAUL TAYLOR,                    Civ. No. 6:21-cv-1199-MK
individually and on behalf of all others
similarly situated,                                              ORDER

        Plaintiffs,

    v.

EPIC AIRCRAFT LLC, a Delaware
limited liability company,

        Defendant.
_____

MCSHANE, Judge:

      Magistrate Judge Mustafa Kasubhai filed a Findings and Recommendation (#34), and the

matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although

neither party filed objections, the Court reviewed the legal principles *de novo*. *United States v.*

*Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). The Court finds no error and conclude the

report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (#34) is adopted.

Defendant's motion to strike is DENIED. Defendant's motion to dismiss (#14) is DENIED,

without prejudice.

IT IS SO ORDERED.

      DATED this 30th of March, 2022.

                    _____/s/ Michael J. McShane_____
                          Michael McShane
                      United States District Judge

1 – ORDER